In the Matter of the Probate of the Will of JOHN L. REID, Deceased. ROBERT GARROW, Appellant; MARGARET M. FULLER et al., Respondents.— Decree, so far as appealed from, affirmed, with costs. All concur, except Taylor, P. J., who dissents and votes for reversal and for admitting the will to probate. (The portion of the decree appealed from denies probate of a will.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents, v. ANTHONY ARTHELIA et al., Appellants.— Order affirmed, with costs. All concur. (The order adjudges defendants to be guilty of contempt and imposes a fine.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See post, p. 869.]

NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents, v. ANTHONY ARTHELIA et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (The order resettles the record on appeal.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ELLA SANDERS, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 28116.) — Judgment affirmed, without costs of this appeal to either party, on the authority of Mason v. Town of Andes (261 App. Div. 354, affd. 287 N. Y. 616), Countryman v. State of New York (251 App. Div. 509, affd. and certified question as to liability answered in the affirmative 277 N. Y. 586) and Huston v. County of Chenango (253 App. Div. 56, affd. 278 N. Y. 646). All concur, except Love, J., who dissents and votes for reversal and for dismissal of the claim. (The judgment is for claimant in a negligence action.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [191 Misc. 248.]

CITY OF BUFFALO, Appellant, v. JOSEPH C. NEMMER et al., Defendants, and JOHN F. DWYER, Respondent.— Order, so far as appealed from, affirmed, with $10 costs and disbursements. All concur. (The portion of the order appealed from directs plaintiff and others to submit proof as to the amount of loss for which John F. Dwyer is held liable and denies plaintiff's motion for an order directing said Dwyer to pay the referee the loss as shown by the report.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ALEX KOULOURIS, Appellant, v. ROBERT KELLER et al., Respondents.— Order affirmed, with costs. All concur. (The order sets aside the verdict of a jury in favor of plaintiff and grants a new trial in an automobile negligence action.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

EDMUND A. NORBERG, Respondent-Appellant, v. ARCHIE HILDUM, Appellant-Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment is for plaintiff in an injunction action.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

JAMES SPAMPINATO, Doing Business under the Name of NATIONAL REALTY SERVICE, Appellant, v. ERNEST BEDINI, Respondent.— Judgment affirmed, with costs. All concur. (The judgment affirms a judgment of the Rochester City Court in favor of defendant for no cause of action in an action to recover real estate commissions.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

RICHARD K. CONKLIN et al., Appellants, v. WALTER TRAZAK, Respondent.— Judgment affirmed, with costs. All concur. (The judgment directs plaintiffs to specifically perform the agreement to sell the property in question to defendant, without interest.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

GLADYS RANDALL, Respondent, v. MABEL ARWIN et al., Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action to compel defendants to specifically perform an alleged contract to sell